Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Laura L. White |
| **Docket Number:** | 01:05-MJ-00058 |
| **Offender Address:** | Fresno, CA |
| **Judicial Officer:** | Honorable Dennis L. Beck<br>Chief United States Magistrate Judge<br>Fresno, California |
| **Original Sentence Date:** | April 29, 2005 |
| **Original Offense:** | Theft of Government Property<br>(CLASS A Misdemeanor) |
| **Original Sentence:** | One year probation |
| **Special Conditions:** | $25.00 Special Assessment; $366.52 Restitution; $275.00 fine; 75 hours community service; drug and alcohol treatment; drug testing; financial disclosure; not dispose of or dissipate assets |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | April 29, 2005 |
| **Assistant U.S. Attorney:** | Stanely Boone          **Telephone:** (559) 498-7442 |
| **Defense Attorney:** | Mark Lizzarraga, AFPD   **Telephone:** (559) 487- 5561 |

**Other Court Action:**

<u>5/4/05</u>     Probation Form 12B, Petition to Modify Conditions to include an up to 180 day placement at Turning Point Fresno Comprehensive Sanction Center.

Rev. 04/2005
PROB12B.MRG

**RE:**  **Laura L. White**
**Docket Number:**  01:05-MJ-00058
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

As directed by the probation officer, the defendant shall participate in a program of mental health treatment, which may include the taking of prescribed psychotropic medication.

**Justification:**

On April 29, 2005, the offender was sentenced to one year probation. She has resided at Turning Point Fresno Comprehensive Sanction Center since commencing supervision. Since her probation began, the offender has been addressing her drug addiction through counseling and methadone treatment, but has struggled to secure employment. Recently, the offender reports experiencing extreme anxiety, especially when out in the community. She has requested assistance in addressing this problem and has voluntarily signed the "Waiver of Hearing" agreeing to modify her conditions to include a mental health condition.

Respectfully submitted,

/s/ Philip Y. Mizutani
**Philip Y. Mizutani**
**United States Probation Officer**
Telephone:  (559) 498-7321

**RE:**    Laura L. White
**Docket Number:** 01:05-MJ-00058
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**DATED:**    July 19, 2005
    Fresno, California
    PYM

**REVIEWED BY:**    */s/ Bruce A. Vasquez*
    **Bruce A. Vasquez**
    **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

(X)    Modification approved as recommended.

( )    Modification not approved at this time.  Probation Officer to contact Court.

( )    Other:


cc:    United States Probation
    Stanley Boone, Assistant United States Attorney
    Mark Lizzarraga, Assistant Federal Defender
    Defendant
    Court File

IT IS SO ORDERED.

**Dated:   July 22, 2005**         */s/ Lawrence J. O'Neill*
b9ed48            UNITED STATES MAGISTRATE JUDGE